NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3206

### LEONORA FERNANDEZ,

Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF0831080754-I-1.

## ON MOTION

Before PROST, Circuit Judge.

## O R D E R

The court treats Leonora Fernandez's untimely informal brief as a motion for an extension of time to file an informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 8 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Leonora Fernandez
      Richard P. Schroeder, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 8 2009

JAN HORBALY
CLERK